

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of L.M., a Child

No. 06-22-00018-CV

Appeal from the County Court at Law of Panola County, Texas (Tr. Ct. No. 2018-006). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we affirm the trial court's order terminating Mother's parental rights to L.M. However, we reverse the trial court's order terminating Father's parental rights to L.M. and remand this case to the trial court for a new trial.

We note that the appellants have adequately indicated their inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 22, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk